**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                                      Case No.  3:15cr20/RV

**GREG D. PEEBLES a/k/a**
**PAUL H. POWELL**
_____/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, GREG D. PEEBLES a/k/a PAUL H. POWELL, to Count One of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 26th day of May, 2015.


                                                                /s/ *Roger Vinson*
                                                                **ROGER VINSON**
                                                                **SENIOR UNITED STATES DISTRICT JUDGE**